```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| TRACY BRICE and | : | CIVIL ACTION |
| PERLYN SEVERE-CLARKE | : | |
| | : | |
| v. | : | |
| | : | |
| COMMUNITY COUNCIL FOR MENTAL | : | |
| HEALTH & MENTAL RETARDATION, | : | |
| INC., et al. | : | NO. 08-cv-01142-JF |

MEMORANDUM AND ORDER

Fullam, Sr. J.                                              June 18, 2008

       Plaintiffs' complaint was filed on March 6, 2008.  The defendants have filed a motion to dismiss, invoking Fed. R. Civ. P. 12(b)(6), and a motion for a protective order.

       Having carefully reviewed plaintiffs' complaint, I readily conclude that it at least alleges valid claims against all of the defendants.  At this stage, I must accept as true all of plaintiffs' allegations.  It may well be, as defense counsel apparently contends, that some or all of the defendants may have valid defenses which plaintiffs will be unable to overcome.  But such issues cannot be resolved on the present record.

       I also conclude that the motion for a protective order should be denied because: (1) the issues raised should have been the subject of consultation among counsel, which could readily have resolved the problems; and (2) the arrangements plaintiffs' counsel has made, and is committed to continuing, provide the necessary protection.  No order of Court is required.

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TRACY BRICE and                 :        CIVIL ACTION
PERLYN SEVERE-CLARKE            :
                                :
          v.                    :
                                :
COMMUNITY COUNCIL FOR MENTAL    :
HEALTH & MENTAL RETARDATION,    :
INC., et al.                    :        NO. 08-cv-01142-JF
```

ORDER

AND NOW, this 18th day of June 2008, IT IS ORDERED:

1. Defendants' motion to dismiss the complaint is DENIED.

2. Defendants' motion for a protective order is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.